**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6573

_____

RASHAUD HUSSEIN AZAR EL, a/k/a Jerimy Love, a/k/a Jeremy R. Love,

Petitioner - Appellant,

v.

CABARRUS COUNTY; CABARRUS COUNTY JAIL; MIKE DOWNS, Cabarrus County Manager; ANGEL GONZALEZ, Concord Police Department; BROCK VANSCOTER, Cabarrus County Magistrate; DECKSTER BARLOWE, Cabarrus County Magistrate; SHERIFF VAN SHAW, Cabarrus County Sheriff; SET A. ROBERTS, Cabarrus County Deputy; SYDNEY CARTER, District Attorney; CONCORD POLICE DEPARTMENT; CABARRUS COUNTY SHERIFF; CABARRUS COUNTY COURT,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:24-cv-00362-CCE-JLW)

_____

Submitted:  December 5, 2024                          Decided:  December 10, 2024

_____

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Rashaud Hussein Azar El, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashaud Hussein Azar El appeals the district court's order dismissing Azar El's civil complaint without prejudice. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Azar El's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *Azar El v. Cabarrus Cnty.*, No. 1:24-cv-00362-CCE-JLW (M.D.N.C. May 28, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
